

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-14-00656-CV

**IN RE FAMILY DOLLAR STORES OF TEXAS, LLC,**
A Texas Limited Liability Company

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

On September 18, 2014, relator filed its petition for writ of mandamus. On November 24, 2014, this court issued an order abating the mandamus proceeding for the parties to participate in mediation. On February 17, 2015, the real party in interest filed a motion seeking to lift the abatement, dismiss the mandamus proceeding as moot, and direct the trial court to set the underlying matter for trial. In response to this court's order, the relator filed a response to the motion on February 26, 2015.

**The real party in interest's motion is GRANTED IN PART. This court's prior abatement of this original proceeding is LIFTED. The respondent and the real party in interest may file any further response to the merits of relator's petition for writ of mandamus in this court no later than March 24, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4. All other relief requested by the real party in interest's motion is DENIED.

It is so **ORDERED** on March 11, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 391473, styled *2444 Babcock, Ltd., a Texas Limited Partnership v. Family Dollar Stores of Texas, LLC, a Texas Limited Liability Company*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.